Judge Hellerstein 10 CV 1372

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

21 MC 103 (AKH)

ROBERT CHAPMAN and VINCENZA CHAPMAN,

                                        Plaintiffs,

DOCKET NO.

_____

- against -

SUMMONS IN A CIVIL
CASE

ECF CASE

PLAINTIFF(S) DEMAND
A TRIAL BY JURY

**21-MC-100 Defendants**

AMEC CONSTRUCTION MANAGEMENT, INC.
A RUSSO WRECKING
ABM INDUSTRIES, INC.
ABM JANITORIAL NORTHEAST, INC.
AMEC EARTH & ENVIRONMENTAL, INC.
ATLANTIC HEYDT CORP
BERKEL & COMPANY, CONTRACTORS, INC.
BIG APPLE WRECKING & CONSTRUCTION CORP
BOVIS LEND LEASE LMB, INC.
BREEZE CARTING CORP
BREEZE NATIONAL, INC.
BRER-FOUR TRANSPORTATION CORP.
BURO HAPPOLD CONSULTING ENGINEERS, P.C.
C.B. CONTRACTING CORP
CANRON CONSTRUCTION CORP
CANTOR SEINUK GROUP
CORD CONTRACTING CO., INC
DAKOTA DEMO-TECH
DIAMOND POINT EXCAVATING CORP
DIVERSIFIED CARTING, INC.
DMT ENTERPRISE, INC.
EAGLE LEASING & INDUSTRIAL SUPPLY
EAGLE ONE ROOFING CONTRACTORS INC.
EJ DAVIES, INC.
EN-TECH CORP
EVERGREEN RECYCLING OF CORONA
EWELL W. FINLEY, P.C.
EXECUTIVE MEDICAL SERVICES, P.C.
FLEET TRUCKING, INC.
FRANCIS A. LEE COMPANY, A CORPORATION
FTI TRUCKING
GILSANZ MURRAY STEFICEK, LLP
GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS,
PLLC
HALLEN WELDING SERVICE, INC.

KOCH SKANSKA INC.
LAQUILA CONSTRUCTION INC
LASTRADA GENERAL CONTRACTING CORP
LESLIE E. ROBERTSON ASSOCIATES CONSULTING
ENGINEER P.C.
LOCKWOOD KESSLER & BARTLETT, INC.
LUCIUS PITKIN, INC
LZA TECH-DIV OF THORTON TOMASETTI
MANAFORT BROTHERS, INC.
MAZZOCCHI WRECKING, INC.
MRA ENGINEERING P.C.
NACIREMA INDUSTRIES INCORPORATED
NICHOLSON CONSTRUCTION COMPANY
PETER SCALAMANDRE & SONS, INC.
PINNACLE ENVIRONMENTAL CORP
PLAZA CONSTRUCTION CORP.
PRO SAFETY SERVICES, LLC
PT & L CONTRACTING CORP
ROBERT L GEROSA, INC
ROYAL GM INC.
SAB TRUCKING INC.
SAFEWAY ENVIRONMENTAL CORP
SEASONS INDUSTRIAL CONTRACTING
SEMCOR EQUIPMENT & MANUFACTURING CORP.
SILVERITE CONTRACTORS
SKIDMORE OWINGS & MERRILL LLP
SURVIVAIR
TISHMAN CONSTRUCTION CORPORATION OF
MANHATTAN
TISHMAN CONSTRUCTION CORPORATION OF NEW
YORK
THORNTON-TOMASETTI GROUP, INC.
TORRETTA TRUCKING, INC
TOTAL SAFETY CONSULTING, L.L.C
TUCCI EQUIPMENT RENTAL CORP
TURNER CONSTRUCTION COMPANY
ULTIMATE DEMOLITIONS/CS HAULING
VOLLMER ASSOCIATES LLP
WEEKS MARINE, INC.
WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS,
P.C.
WHITNEY CONTRACTING INC.
WOLKOW-BRAKER ROOFING CORP
YANNUZZI & SONS INC
YONKERS CONTRACTING COMPANY, INC.
YORK HUNTER CONSTRUCTION, LLC

**21-MC-102 Defendants**
ABATEMENT PROFESSIONALS
ABSCOPE ENVIRONMENTAL, INC.
ALAN KASMAN DBA KASCO
ANN TAYLOR STORES CORPORATION
APPLIED ENVIRONMENTAL, INC.
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC.
d/b/a  BMS CAT
BRISTOL ENVIRONMENTAL, INC.

BROOKFIELD FINANCIAL PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES, L.P.
BROOKFIELD PARTNERS, L.P.
BROOKFIELD PROPERTIES CORPORATION
CATAMOUNT ENVIRONMENTAL, INC.
CLAYTON ENVIRONMENTAL CONSULTANTS
COMPREHENSIVE ENVIRONMENTAL SERVICES CO.
CONTAMINANT CONTROL, INC
COVINO ENVIRONMENTAL ASSOCIATES, INC.
CRITERION LABORATORIES, INC.
DARLING ASBESTOS DISPOSAL COMPANY, INC.
DIVERSIFIED ENVIRONMENTAL CORPORATION
DYNASERV INDUSTRIES, INC.
ENVIRONMENTAL PRODUCTS AND SERVICES, INC.
ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC.
ENVIRONMENTAL TESTING, INC.
ENVIROSERVE, INC.
ENVIROTECH CLEAN AIR, INC.
GPS ENVIRONMENTAL CONSULTANTS, INC.
HILLMAN ENVIRONMENTAL GROUP, LLC.
HYGIENETICS ENVIRONMENTAL COMPANY, INC.
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES CO.
LVI ENVIRONMENTAL SERVICES, INC.
LVI SERVICES, INC.
MARCOR REMEDIATION, INC.
MCI COMMUNICATIONS CORPORATION
MCI COMMUNICATIONS SERVICES, INC.
MCI, INC.
MERRILL LYNCH & CO, INC.
MILRO ASSOCIATES, INC.
NOMURA HOLDING AMERICA, INC.
NOMURA SECURITIES INTERNATIONAL, INC.
NORWICH ASSOCIATES, INC.
PAR ENVIRONMENTAL CORPORATION
PINNACLE ENVIRONMENTAL CORPORATION
POTOMAC ABATEMENT, INC.
ROYAL ENVIRONMENTAL, INC.
SENCAM, INC.
SL GREEN REALTY CORPORATION
SPECIALTY SERVICE CONTRACTING, INC.
STRUCTURE TONE GLOBAL SERVICES, INC
STRUCTURE TONE, (UK) INC.
SYSKA AND HENNESSY
TELLABS OPERATIONS, INC.
THE WITKOFF GROUP LLC
TISHMAN INTERIORS CORPORATION
TOSCORP. INC.
VERIZON COOMUNICATIONS, INC
VERIZON NEW YORK, INC.
VERIZON PROPERTIES, INC
WESTON SOLUTIONS, INC.
WFP TOWER B CO. L.P.
WFP TOWER B CO., G.P. CORP.
WFP TOWER B HOLDING CO., LP
WILLIAM F. COLLINS, ARCHITECT

Defendants.

To:

AMEC CONSTRUCTION MANAGEMENT, INC.;
1633 BROADWAY
NEW YORK, NY 10019

A RUSSO WRECKING
67 EAST AVE
LAWRENCE, NY  11559

ABM INDUSTRIES, INC.
5901 CHELSEA COVE NORTH
HOPEWELL JUNCTION, NEW YORK, 12533

ABM JANITORIAL SERVICES - NORTHEAST, INC.
1111 FANNIN, STE 1500
HOUSTON, TEXAS, 77002

AMEC EARTH & ENVIRONMENTAL, INC.
2020 WINSTON PARK DR, STE 700
OAKVILLE, CANADA, L6H-6X7

ATLANTIC HEYDT CORP
330 N Henry St
Brooklyn, NY 11222

BERKEL & COMPANY, CONTRACTORS, INC.
2649 S. 142ND ST.
BONNER SPRINGS, KANSAS, 66012

BIG APPLE WRECKING & CONSTRUCTION CORP.
1379 COMMERCE AVENUE
BRONX, NEW YORK, 10461

BOVIS LEND LEASE LMB, INC.;
2550 W. Tyvola Road
Charlotte, NC 28217

BREEZE CARTING CORP.
31 BAY STREET
BROOKLYN, NEW YORK, 11231

BREEZE NATIONAL INC.
31 BAY STREET
BROOKLYN, NEW YORK, 11231

BRER-FOUR TRANSPORTATION CORP.
33 HEWITT STREET
HICKSVILLE, NEW YORK, 11801

BURO HAPPOLD CONSULTING ENGINEERS, P.C.
105 CHAMBERS ST
NEW YORK, NEW YORK, 10007

C.B. CONTRACTING CORP.
4118 VICTORY BLVD
STATEN ISLAND, NEW YORK, 10314

CANRON CONSTRUCTION CORP.
2215 S YORK RD, STE 208
OAKBROOK, ILLINOIS, 60523

CORD CONTRACTING CO. INC.
213 ROSLYN RD
ROSLYN HEIGHTS, NEW YORK, 11577

DAKOTA DEMO-TECH, INC.
140 OLD NORTHPORT RD
KINGS PARK, NEW YORK, 11754

DIAMOND POINT EXCAVATING CORP
134-32 57TH AVENUE
FLUSHING, NEW YORK, 11355-5025

DIVERSIFIED CARTING, INC.
28 GARFIELD AVE
BAY SHORE, NEW YORK, 11706

DMT ENTERPRISE, INC.
255 LAKE AVE
YONKERS, NEW YORK, 10701

EAGLE ONE ROOFING CONTRACTORS INC.
18-60 45TH ST
ASTORIA, NEW YORK, 11105

EJ DAVIES, INC.
837 Steinway St,
Astoria, NY 11105

EN-TECH CORP.
304 HARRINGTON AVE
CLOSTER, NEW JERSEY, 07624

EVERGREEN RECYCLING OF CORONA LLC
127-50 NORTHERN BOULEVARD
FLUSHING, NEW YORK

EWELL W. FINLEY, P. C.
34-18 NORTHERN BOULEVARD
LONG ISLAND CITY, NEW YORK, 11101

EXECUTIVE MEDICAL SERVICES, P.C.
15 CANAL ROAD
PELHAM MANOR, NEW YORK, 10803

FLEET TRUCKING INC.
400 S.P. AVENUE, PO BOX 6696
JERSEY CITY, NEW JERSEY, 07306

FRANCIS A. LEE COMPANY, A CORPORATION
6851 JERICHO TURNPIKE, SUITE 225
SYOSSET, NEW YORK, 11791

FTI TRUCKING, INC.
2445 WHITE DR
BATESVILLE, AR  72501

GILSANZ MURRAY STEFICEK, LLP
129 WEST 27TH STREET 5TH FLR
NEW YORK, NEW YORK, 10001

GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC
31 WEST 27TH STREET
NEW YORK, NEW YORK, 10001

HALLEN WELDING SERVICE, INC.
45-24 37TH ST
LONG ISLAND CITY, NEW YORK, 11101

HP Environmental, Inc.
104 Elden St.
Herndon, VA 20170

SKANSKA KOCH, INC.
400 ROOSEVELT AVE
CARTERET, NEW JERSEY, 07008-3511

LAQUILA CONSTRUCTION, INC.
1590 TROY AVENUE
BROOKLYN, NEW YORK, 11234

LASTRADA GENERAL CONTRACTING CORP.
118-20 29TH AVENUE
COLLEGE POINT, NEW YORK, 11354

LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS P.C.
30 BROAD ST / 47TH FL
NEW YORK, NEW YORK, 10004-2304

LOCKWOOD KESSLER & BARTLETT, INC.
1 Aerial Way
Syosset, NY 11791

LUCIUS PITKIN, INC.
50 HUDSON ST
NEW YORK, NEW YORK, 10013-3389

LZA TECH-DIV OF THORTON TOMASETTI
C/O THORTON TOMASETTI, INC.
51 MADISON AVENUE
NEW YORK, NEW YORK 10010

MANAFORT BROTHERS, INC.
414 NEW BRITAIN AVE
PLAINVILLE, CONNECTICUT, 06062

MAZZOCCHI WRECKING, INC.
32 WILLIAMS PKWY
EAST HANOVER, NEW JERSEY, 07936

MRA ENGINEERING
600 HEMPSTEAD TURNPIKE
WEST HEMPSTEAD, NEW YORK, 11552-1036

NACIREMA INDUSTRIES INCORPORATED
211 W FIFTH STREET
BAYONNE, NEW JERSEY, 07002

NICHOLSON CONSTRUCTION COMPANY
12 MCCLANE STREET
CUDDY, PENNSYLVANIA, 15031

PETER SCALAMANDRE & SONS, INC.
157 ALBANY AVENUE
FREEPORT, NEW YORK, 11520

PINNACLE ENVIRONMENTAL CORP
69-76 ELIOT AVE
MIDDLE VILLAGE, NEW YORK, 11379

PLAZA CONSTRUCTION CORP.
260 MADISON AVE
NEW YORK, NEW YORK, 10016

PRO SAFETY SERVICES, LLC
2500 WESTCHESTER AVE, STE 203
PURCHASE, NEW YORK, 10577

PT & L CONTRACTING CORP
411 Sette Drive
Paramus, NJ, 07652

ROBERT L GEROSA, INC
122 W Sheffield Ave
Englewood,  New Jersey

SAB TRUCKING INC.
7 PIRONI COURT
WOODBURY, NEW YORK, 11797-1229

SAFEWAY ENVIRONMENTAL CORP.
1379 COMMERCE AVE
BRONX, NEW YORK, 10461

SEASONS INDUSTRIAL CONTRACTING CORP.
266 GREEN VALLEY ROAD
STATEN ISLAND, NEW YORK, 10312

SEMCOR EQUIPMENT AND MANUFACTURING CORPORATION
18 MADISON ST
KEYPORT, NEW JERSEY, 07735

SILVERITE CONTRACTORS
520 WEST OLD COUNTRY RD
HICKSVILLE, NEW YORK, 11801-4112

SKIDMORE OWINGS & MERRILL LLP
14 Wall Street
New York, NY 10005

SURVIVAIR
3001 South Susan Street
Santa Ana, CA 92704

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK
666 FIFTH AVENUE
NEW YORK, NEW YORK, 10103

THORNTON-TOMASETTI GROUP, INC.
C/O THORTON TOMASETTI, INC.
51 MADISON AVENUE
NEW YORK, NEW YORK 10010

TORRETTA TRUCKING INC.
1804 VICTORY BOULEVARD
STATEN ISLAND, NEW YORK, 10314

TOTAL SAFETY CONSULTING, L.L.C.
5 COURT SQUARE
LONG ISLAND CITY, NEW YORK, 11101

TUCCI EQUIPMENT RENTAL CORP.
3495 ROMBOUTS AVENUE
BRONX, NEW YORK, 10475

TURNER CONSTRUCTION COMPANY
375 HUDSON ST
NEW YORK, NEW YORK, 10014

VOLLMER ASSOCIATES LLP
50 WEST 23RD STREET
NEW YORK, NEW YORK, 10010

WEEKS MARINE, INC.
4 COMMERCE ROAD
CRANFORD, NEW JERSEY, 07016

WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS PC
375 HUDSON ST 12TH FL
NEW YORK, NEW YORK, 10014

WHITNEY CONTRACTING INC.
400 TIFFANY STREET
YONKERS, NEW YORK, 10474

WOLKOW-BRAKER ROOFING CORP
10 SOUNDVIEW ROAD
GLEN COVE, NEW YORK, 11542

YANNUZZI & SONS, INC.
563 WHITE STREET
ORANGE, NEW JERSEY, 07050

YONKERS CONTRACTING COMPANY, INC.
969 MIDLAND AVENUE
YONKERS, NEW YORK, 10704

YORK HUNTER CONSTRUCTION I, INC.
1372 BROADWAY
NEW YORK, NEW YORK, 10018

ABATEMENT PROFESSIONALS, INC.
1159 SENECA STREET
BUFFALO, NEW YORK, 14210

ABSCOPE ENVIRONMENTAL, INC.
c/o JACK ROMAGNOLI
1 COMMERCIAL DR
CANASTOTA, NEW YORK, 13032

ALAN KASMAN DBA KASCO
22 ½ EAST WASHINGTON AVE
WASHINGON, NJ 07882

ANN TAYLOR STORES CORPORATION
142 W 57TH ST
NEW YORK, NEW YORK, 10019

APPLIED ENVIRONMENTAL CORPORATION
68-36 BURNS ST. APT. C3
FOREST HILLS, NEW YORK, 11375

BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC.
303 ARTHUR STREET
FORT WORTH, TEXAS, 76107

BRISTOL ENVIRONMENTAL, INC.

111 W. 16TH AVENUE - THIRD FLOOR
ANCHORAGE, AK 99501

BROOKFIELD FINANCIAL PROPERTIES, INC.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

BROOKFIELD FINANCIAL PROPERTIES, L.P.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

BROOKFIELD PARTNERS, LP,
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
 NEW YORK, NEW YORK 10281

BROOKFIELD PROPERTIES CORPORATION
THREE WORLD FINANCIAL CENTER
200 VESEY STREET, 11TH FLOOR
NEW YORK, NEW YORK 10281

CATAMOUNT ENVIRONMENTAL, INC.
ROUTE 9 EAST
WILMINGTON, VERMONT, 05363-0160

CLAYTON ENVIRONMENTAL CONSULTANTS, INC.
25711 SOUTHFIELD RD
SOUTHFIELD, MICHIGAN, 48075

COMPREHENSIVE ENVIRONMENTAL SERVICES CO.
c/o ROQUE SCHIPILLITI
149 GARIBALDI AVE
LODI, NEW JERSEY, 07644

CONTAMINANT CONTROL, INC.
438-C ROBESON STREET
FAYETTEVILLE, NORTH CAROLINA, 28301

COVINO ENVIRONMENTAL ASSOCIATES, INC.
300 WILDWOOD AVE.
WOBURN, MA 01801

CRITERION LABORATORIES, INC.
c/o JAY B. SILVERSTEIN
STORMVILLE MOUNTAIN ROAD
STORMVILLE, NEW YORK, 12582

DARLING ASBESTOS DISPOSAL CO
52 SPARK ST
BROCKTON, MA 02302

DIVERSIFIED ENVIRONMENTAL CORPORATION

17 ACCORD PARK DRIVE
NORWELL, MA 02061

DYNASERV INDUSTRIES INC.
150 MEADOWLAND PKWY.
SECAUCUS, NEW JERSEY, 07094

ENVIRONMENTAL PRODUCTS AND SERVICES, LLC
532 STATE FAIR BLVD
SYRACUSE, NEW YORK, 13204

ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC.
14115 LOVERS LANE, SUITE 158
CULPEPER, VIRGINIA 22701

ENVIRONMENTAL TESTING, INC.
c/o CRAIG WEINSTEIN, ESQ.
2044 CENTER AVENUE
FORT LEE, NEW JERSEY, 07024

ENVIROSERVE
5502 SCHAAF ROAD
CLEVELAND, OHIO 44131

ENVIROTECH CLEAN AIR, INC.
10 SPENCER STREET
STONEHAM, MASS 02180

GPS ENVIRONMENTAL CONSULTANTS, INC.
31 TRESCOTT PATH
FORT SALONGA, NEW YORK, 11768

HILLMAN ENVIRONMENTAL GROUP, LLC.,
1600 ROUTE 22 EAST
UNION, NEW JERSEY 07083

HYGIENETICS ENVIRONMENTAL COMPANY, INC.
4306 WALNUT ST
PHILADELPHIA, PENNSYLVANIA, 19106

INDOOR ENVIRONMENTAL TECHNOLOGY, INC
123 CAMBRIDGE DRIVE
WILMINGTON, DE 19803

KASCO RESTORATION SERVICES, INC
22 ½ EAST WASHINGTON AVE
WASHINGON, NJ 07882

LVI ENVIRONMENTAL SERVICES INC.
80 ROAD STREET, 3RD FLOOR
NEW YORK, NEW YORK, 10004

LVI SERVICES INC.
80 BROAD ST, 3RD FL
NEW YORK, NEW YORK, 10004

MARCOR REMEDIATION INC.
246 COCKEYSVILLE RD, STE 1
HUNT VALLEY, MARYLAND, 21030

MCI COMMUNICATIONS CORPORATION
1801 PA AVE, NW
WASHINGTON, DISTRICT OF COLUMBIA, 20006

MCI COMMUNICATIONS SERVICES, INC.
ONE VERIZON WAY
MAIL CODE VC 53N124
BASKING RIDGE, NEW JERSEY, 07920

MCI, INC.
c/o MCI COMMUNICATIONS CORPORATION
1801 PA AVE, NW
WASHINGTON, DISTRICT OF COLUMBIA, 20006

MERRILL LYNCH & CO, INC.
4 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10080

MILRO ASSOCIATES, INC.
41 HANSE AVE
FREEPORT, NEW YORK, 11520-4601

NOMURA HOLDING AMERICA INC.
2 WORLD FINANCIAL CTR BLDG B
NEW YORK, NEW YORK, 10281-1198

NOMURA SECURITIES INTERNATIONAL, INC.
2 WORLD FINANCIAL CENTER BLDG B
NEW YORK, NEW YORK, 10281-1198

NORWICH ASSOCIATES, INC.
326 SOUTH WELLWOOD AVE
LINDENHURST, NEW YORK, 11757

PAR ENVIRONMENTAL CORPORATION
20-F MOUNTAINVIEW AVE
ORANGEBURG, NEW YORK, 10962

PINNACLE ENVIRONMENTAL CORPORATION
64-54 MAURICE AVENUE
MASPETH, NY 11378

POTOMAC ABATEMENT, INC.
10305 GUILFORD ROAD
JESSUP, MARYLAND 20794

ROYAL ENVIRONMENTAL, INC.
720 LEXINGTON AVE
ROCHESTER, NEW YORK, 14613

SENCAM, INC.
145 MARSTON ST
LAWRENCE MA 01841

SL GREEN REALTY CORP.
420 LEXINGTON AVE
NEW YORK, NEW YORK, 10170

SPECIALTY SERVICE CONTRACTING, INC.
485 ROUTE 208
MONROE, NEW YORK, 10950

STRUCTURE TONE GLOBAL SERVICES, INC.
770 BROADWAY, 9TH FLOOR
NEW YORK, NEW YORK, 10003

STRUCTURE TONE (UK), INC.
770 BROADWAY, 9TH FLOOR
NEW YORK, NEW YORK, 10003

SYSKA & HENNESSY,
c/o SYSKA HENNESSY GROUP, INC.
11 WEST 42ND ST
NEW YORK, NEW YORK, 10036

TELLABS OPERATIONS, INC.
1415 W DIEHL RD, TAX DEPT M/S 119
NAPPERVILLE, ILLINOIS, 60563-2349

THE WITKOFF GROUP LLC
220 EAST 42ND STREET
NEW YORK, NEW YORK 10017

TISHMAN INTERIORS CORPORATION
666 FIFTH AVENUE
NEW YORK, NEW YORK 10017

TOSCORP, INC.
127 SEVENTH AVENUE
NEW YORK, NEW YORK, 10011

VERIZON COMMUNICATIONS INC.
140 WEST ST
NEW YORK, NEW YORK, 10007

VERIZON NEW YORK INC.
140 WEST ST 29TH FL
NEW YORK, NEW YORK, 10007

VERIZON PROPERTIES INC.
ONE VERIZON WAY
BASKING RIDGE, NEW JERSEY, 07920

WESTON SOLUTIONS, INC.
1400 WESTON WAY
PO BOX 2653
WEST CHESTER, PENNSYLVANIA, 19380

WFP TOWER B CO. L.P.,
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WFP TOWER B CO., G.P. CORP,
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WFP TOWER B HOLDING CO., LP
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WILLIAM F. COLLINS
12-1 TECHNOLOGY DRIVE
SETAUKET, NEW YORK, 11733

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY (Name and address)

ROBERT GROCHOW, P.C.
233 BROADWAY, FLOOR 5
NEW YORK, NEW YORK 10279
Tel: 212-553-9206

An answer to the complaint which is herewith served upon you, within 20 days
after service of this summons upon you, exclusive of the day of service.  If you
fail to do so, judgment by default will be taken against you for the relief demanded in the
complaint.  You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

J. MICHAEL McMAHON                          FEB 1 9 2010
_____        _____
           CLERK                                      DATE

_____
      (BY) DEPUTY CLERK

**UNITED STATES DISTRIC COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROBERT CHAPMAN and VINCENZA CHAPMAN,

**Plaintiff,**

- against -

AMEC CONSTRUCTION MANAGEMENT, INC.
A RUSSO WRECKING
ABM INDUSTRIES, INC.
Et. Al.,

**Defendants.**

**SUMMONS**

**The Law Firm of Gregory J. Cannata**
**Attorneys for Plaintiffs**
**233 Broadway, 5th Floor**
**New York, New York  10279-0003**
**(212) 553-9205**

Service of copy of the within                  is hereby admitted.
Dated:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**Attorneys for**

**The Law Firm of Gregory J. Cannata**
**Attorneys for Plaintiffs**
**233 Broadway, 5th  Floor**
**New York, New York  10279-0003**
**(212) 553-9205**

Judge Hellerstein 10 CV 1372

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

ROBERT CHAPMAN and VINCENZA CHAPMAN,

Plaintiffs,

- against -

**21-MC-100 Defendants**

AMEC CONSTRUCTION MANAGEMENT, INC.
A RUSSO WRECKING
ABM INDUSTRIES, INC.
ABM JANITORIAL NORTHEAST, INC.
AMEC EARTH & ENVIRONMENTAL, INC.
ATLANTIC HEYDT CORP
BERKEL & COMPANY, CONTRACTORS, INC.
BIG APPLE WRECKING & CONSTRUCTION CORP
BOVIS LEND LEASE LMB, INC.
BREEZE CARTING CORP
BREEZE NATIONAL, INC.
BRER-FOUR TRANSPORTATION CORP.
BURO HAPPOLD CONSULTING ENGINEERS, P.C.
C.B. CONTRACTING CORP
CANRON CONSTRUCTION CORP
CANTOR SEINUK GROUP
CORD CONTRACTING CO., INC
DAKOTA DEMO-TECH
DIAMOND POINT EXCAVATING CORP
DIVERSIFIED CARTING, INC.
DMT ENTERPRISE, INC.
EAGLE LEASING & INDUSTRIAL SUPPLY
EAGLE ONE ROOFING CONTRACTORS INC.
EJ DAVIES, INC.
EN-TECH CORP
EVERGREEN RECYCLING OF CORONA
EWELL W. FINLEY, P.C.
EXECUTIVE MEDICAL SERVICES, P.C.
FLEET TRUCKING, INC.
FRANCIS A. LEE COMPANY, A CORPORATION
FTI TRUCKING
GILSANZ MURRAY STEFICEK, LLP

**21 MC 103 (AKH)**

**DOCKET NO.**

_____

**COMPLAINT BY
ADOPTION (CHECK-
OFF COMPLAINT)
RELATED TO THE
FIRST AMENDED
MASTER COMPLAINT
(March 28th, 2008)**

**PLAINTIFF(S) DEMAND
A TRIAL BY JURY**


RECEIVED
FEB 19 2010
U.S.D.C. S.D.N.Y.
CASHIERS

GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC
HALLEN WELDING SERVICE, INC.
H.P. ENVIRONMENTAL
KOCH SKANSKA INC.
LAQUILA CONSTRUCTION INC
LASTRADA GENERAL CONTRACTING CORP
LESLIE E. ROBERTSON ASSOCIATES CONSULTING
ENGINEER P.C.
LOCKWOOD KESSLER & BARTLETT, INC.
LUCIUS PITKIN, INC
LZA TECH-DIV OF THORTON TOMASETTI
MANAFORT BROTHERS, INC.
MAZZOCCHI WRECKING, INC.
MRA ENGINEERING P.C.
NACIREMA INDUSTRIES INCORPORATED
NICHOLSON CONSTRUCTION COMPANY
PETER SCALAMANDRE & SONS, INC.
PINNACLE ENVIRONMENTAL CORP
PLAZA CONSTRUCTION CORP.
PRO SAFETY SERVICES, LLC
PT & L CONTRACTING CORP
ROBERT L GEROSA, INC
ROYAL GM INC.
SAB TRUCKING INC.
SAFEWAY ENVIRONMENTAL CORP
SEASONS INDUSTRIAL CONTRACTING
SEMCOR EQUIPMENT & MANUFACTURING CORP.
SILVERITE CONTRACTORS
SKIDMORE OWINGS & MERRILL LLP
SURVIVAIR
TISHMAN CONSTRUCTION CORPORATION OF
MANHATTAN
TISHMAN CONSTRUCTION CORPORATION OF NEW YORK
THORNTON-TOMASETTI GROUP, INC.
TORRETTA TRUCKING, INC
TOTAL SAFETY CONSULTING, L.L.C
TUCCI EQUIPMENT RENTAL CORP
TURNER CONSTRUCTION COMPANY
ULTIMATE DEMOLITIONS/CS HAULING
VOLLMER ASSOCIATES LLP
WEEKS MARINE, INC.
WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS,
P.C.
WHITNEY CONTRACTING INC.
WOLKOW-BRAKER ROOFING CORP
YANNUZZI & SONS INC
YONKERS CONTRACTING COMPANY, INC.
YORK HUNTER CONSTRUCTION, LLC

**21-MC-102 Defendants**
ABATEMENT PROFESSIONALS
ABSCOPE ENVIRONMENTAL, INC.
ALAN KASMAN DBA KASCO
ANN TAYLOR STORES CORPORATION
APPLIED ENVIRONMENTAL, INC.
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC.
d/b/a  BMS CAT
BRISTOL ENVIRONMENTAL, INC.

BROOKFIELD FINANCIAL PROPERTIES, INC.
BROOKFIELD FINANCIAL PROPERTIES, L.P.
BROOKFIELD PARTNERS, L.P.
BROOKFIELD PROPERTIES CORPORATION
CATAMOUNT ENVIRONMENTAL, INC.
CLAYTON ENVIRONMENTAL CONSULTANTS
COMPREHENSIVE ENVIRONMENTAL SERVICES CO.
CONTAMINANT CONTROL, INC
COVINO ENVIRONMENTAL ASSOCIATES, INC.
CRITERION LABORATORIES, INC.
DARLING ASBESTOS DISPOSAL COMPANY, INC.
DIVERSIFIED ENVIRONMENTAL CORPORATION
DYNASERV INDUSTRIES, INC.
ENVIRONMENTAL PRODUCTS AND SERVICES, INC.
ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC.
ENVIRONMENTAL TESTING, INC.
ENVIROSERVE, INC.
ENVIROTECH CLEAN AIR, INC.
GPS ENVIRONMENTAL CONSULTANTS, INC.
HILLMAN ENVIRONMENTAL GROUP, LLC.
HYGIENETICS ENVIRONMENTAL COMPANY, INC.
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES CO.
LVI ENVIRONMENTAL SERVICES, INC.
LVI SERVICES, INC.
MARCOR REMEDIATION, INC.
MCI COMMUNICATIONS CORPORATION
MCI COMMUNICATIONS SERVICES, INC.
MCI, INC.
MERRILL LYNCH & CO, INC.
MILRO ASSOCIATES, INC.
NOMURA HOLDING AMERICA, INC.
NOMURA SECURITIES INTERNATIONAL, INC.
NORWICH ASSOCIATES, INC.
PAR ENVIRONMENTAL CORPORATION
PINNACLE ENVIRONMENTAL CORPORATION
POTOMAC ABATEMENT, INC.
ROYAL ENVIRONMENTAL, INC.
SENCAM, INC.
SL GREEN REALTY CORPORATION
SPECIALTY SERVICE CONTRACTING, INC.
STRUCTURE TONE GLOBAL SERVICES, INC
STRUCTURE TONE, (UK) INC.
SYSKA AND HENNESSY
TELLABS OPERATIONS, INC.
THE WITKOFF GROUP LLC
TISHMAN INTERIORS CORPORATION
TOSCORP INC.
VERIZON COMMUNICATIONS, INC
VERIZON NEW YORK, INC.
VERIZON PROPERTIES, INC
WESTON SOLUTIONS, INC.
WFP TOWER B CO. L.P.
WFP TOWER B CO., G.P. CORP.
WFP TOWER B HOLDING CO., LP
WILLIAM F. COLLINS, ARCHITECT

Defendants.

This Pro-forma First Amended Complaint by Adoption (Check-off Complaint), (March 28th, 2008) and the First Amended Master Complaint (March 28th, 2008) which it adopts is being filed pursuant to CMO #5, March 28th, 2008), and as preceded by the Order Regulating Proceedings, Judge Alvin K. Hellerstein, June 4, 2007, as relates to 21 MC 102 (AKH). Guidelines and other directives relative to additional filings, amendments, corrections and other matters as relate to the individual Complaint by Adoption (Check-Off Complaint) to be filed by the individual plaintiffs, in accordance with said Order, will be addressed by the Court in a future CMO. All references herein to the Master Complaint and/or the Complaint by Adoption (Check-Off Complaint), shall be deemed to read First Amended Master Complaint and First Amended Complaint by Adoption (Check-Off Complaint), except when reference is made to same in the context of the original filing of the Master Complaint and the Complaint by Adoption (Check-Off Complaint) in conjunction with CMO #4.

# I.

## INTRODUCTION

A Plaintiff-Specific Complaint by Adoption (Check-off Complaint), in the within format, is to be filed by each Plaintiff, and to be utilized and read in conjunction with the Master Complaint, or where applicable, any subsequently filed Amended Master Complaints, on file with the Court. Where applicable to the instant Plaintiff(s), specific paragraphs are to be marked with an "X," and specific case information is to be set forth, inserting said information in the blank space, if provided.   If Plaintiff wishes to assert additional allegations, plaintiffs should follow the procedure as outlined in the CMO # 4 governing the filing of the Master Complaint and Check-off Complaints.

Plaintiffs, as captioned above, by his/her/their attorneys, complaining of Defendant(s), respectfully allege:

☒ 1. All headings, paragraphs, allegations and Causes of Action in the entire Master Complaint are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein, in addition

to those paragraphs specific to the individual Plaintiff(s), as alleged within the individual Check-off Complaint.

☒ 2. Plaintiffs adopt those allegations as set forth in the Master Complaint Section I, Introduction.

## II.
## JURISDICTION

☒ 3.  Plaintiffs adopt those allegations as set forth in the Master Complaint Section II, Jurisdiction.

☒ 4. The Court's jurisdiction over the subject matter of this action is: Founded upon Federal Question Jurisdiction, specifically

    ☒ 4A.-1. Air Transport Safety & System Stabilization Act of 2001, (or)

    ☐ 4A.-2. Federal Officers Jurisdiction, (or)

    ☒ 4A.-3. This Court has supplemental jurisdiction pursuant to 28 USC §1367(a) based upon the New York Labor Law §200 and §241(6), and common law negligence.

    ☐ Other if an individual plaintiff is alleging a basis of jurisdiction not stated above, plaintiffs should follow the procedure as outlined in the CMO # 4 governing the filing of the Master Complaint and Check- off Complaints.

☐ 5. The Court's jurisdiction of the subject matter of this action is: Contested, but the Court has already determined that it has removal jurisdiction over this action, pursuant to 28 U.S.C. § 1441.

## III.
## VENUE

☒ 6. Plaintiffs adopt those allegations as set forth in the Master Complaint Section III, Venue.

## IV.

## PARTIES

☒ 7. Plaintiffs adopt those allegations as set forth in the Master Complaint Section IV, Parties.

☒ 8. THE INJURED PLAINTIFF'S NAME IS (referencing the individual specifically injured and/or if deceased, hereinafter referred to as "Decedent Plaintiff"): <u>Robert Chapman</u> and the last four digits of his /her social security number are <u>6428</u> or the last four digits of his/her federal identification number are _____.

☒ 9. THE INJURED PLAINTIFF'S ADDRESS IS: <u>31 Whiskey Road, Coram, New York 11727.</u>

☐ 10.  THE REPRESENTATIVE PLAINTIFF'S NAME IS (if "Injured Plaintiff" is deceased): _____(hereinafter referred to as the "Representative Plaintiff")

☐ 11. THE REPRESENTATIVE PLAINTIFF'S ADDRESS IS (if "Injured Plaintiff" is deceased): _____

☐ 12. THE REPRESENTATIVE PLAINTIFF (if "Injured Plaintiff" is deceased) was appointed as Administrator of the Goods, Chattels and Credits which were of the "Injured Plaintiff" on _____, by the Surrogate Court, County of _____, State of New York.

☐ 13. THE REPRESENTATIVE PLAINTIFF (if "Injured Plaintiff" is deceased) was appointed as Executor of the Estate of the "Injured Plaintiff" on

_____, by the Surrogate Court, County of

_____, State of New York.


☒ 14. THE DERIVATIVE PLAINTIFF'S NAME:  (hereinafter referred to as the "Derivative

Plaintiff" and if deceased, hereinafter referred to as "Decedent Derivative Plaintiff")

Vincenza Chapman.


☒ 15.  THE DERIVATIVE PLAINTIFF'S ADDRESS: 31 Whiskey Road, Coram, New York

11727.


☐ 16. THE REPRESENTATIVE DERIVATIVE PLAINTIFF'S NAME: (if "Derivative

Plaintiff" is deceased) _____


☐ 17. THE REPRESENTATIVE PLAINTIFF'S DERIVATIVE ADDRESS (if "Derivative

Plaintiff" is deceased): _____


☐ 18. THE REPRESENTATIVE DERIVATIVE PLAINTIFF was appointed as Administrator

of the Goods, Chattels and Credits which were of the "Derivative Plaintiff" on

_____,

by the Surrogate Court, County of _____, State of New York.


☐ 19. THE REPRESENTATIVE DERIVATIVE PLAINTIFF was appointed as Executor of the

Estate of the "Derivative Plaintiff" on _____, by the

Surrogate Court, County of _____, State of New York.

☒ 20. Injured Plaintiff, as aforementioned, is an individual and a resident of the State of New

York residing at the aforementioned address.

☐ 21. Injured Plaintiff, as aforementioned, is an individual and a resident of (if other than New York) _____, and resides at the aforementioned address.

☐ 22. Representative Plaintiff, as aforementioned, is a resident of the State of New York, residing at the aforementioned address.

☐ 23. Representative Plaintiff, as aforementioned, is an individual and a resident of (if other than New York)_____, and resides at the aforementioned address.

☐ 24. Representative Plaintiff, as aforementioned, brings this claim in his/her representative capacity, as aforementioned on behalf of the Estate of the Decedent Plaintiff.

☒ 25. Derivative Plaintiff, as aforementioned, is a resident of the State of New York, residing at the aforementioned address.

☐ 26. Derivative Plaintiff, as aforementioned, is an individual and a resident of (if other than New York)_____, and resides at the aforementioned address.

☐ 27. Representative Derivative Plaintiff, as aforementioned, is a resident of the State of   New York, residing at the aforementioned address.

☐ 28. Representative Derivative Plaintiff, as aforementioned, is an individual and a resident of (if other than New York)_____, and resides at the aforementioned address.

☐ 29. Representative Derivative Plaintiff, as aforementioned, brings this claim in his/her representative capacity, as aforementioned, on behalf of the Estate of the Derivative Plaintiff.

☒ 30. The Derivative Plaintiff and or the Representative Derivative Plaintiff in his or her representative capacity on behalf of the estate of the Decedent Derivative Plaintiff was the:

☒ a.  SPOUSE at all relevant times herein, was lawfully married to Plaintiff, and brings this derivative action for her/his loss due to the injuries sustained by her husband/his wife, Injured Plaintiff.

*Instructions: To the extent that plaintiff has specificity as to the information to be placed within the columns of the chart below, such should be provided. Additionally, to the extent that plaintiff has specificity as to differing areas or floors within a particular building or location, a separate line entry should be made for each area or floor within a building within which they worked.  If plaintiff is unable at this time to enunciate a response to a particular column heading, the applicable column should be marked with an "X." (See Sample Chart below)*

*Each sub-paragraph shall be deemed to allege: "The Injured Plaintiff at times relevant to the claims herein, worked at (address/location), on or at (the floor or area) for the following (dates of employment), while in the employ of (name of employer), maintaining the position of (job title), performing the activities of (job activity) and worked at said location for approximately (hours), working in the following shift (shift worked). i.e., "The Injured Plaintiff at times relevant to the claims herein, worked at 500 Broadway, on the 2nd floor, for the following dates, 10/1/01-6/1/02, while in the employ of ABC Corp, maintaining the position of cleaner and performing activities including debris removal and worked on and/or at said floor or area for approximately 20 hours, working the 8-am-5PM shift."*

☒ 31.  The Injured Plaintiff worked at the address/location, on the following floors or areas, for following dates of employment, for the employer, in the job title of, performing the job activity of and for the number of hours, and for the shift worked, as specified on the following page.

*Sample Chart*

| | | ADDRESS/ LOCATION | FLOOR(S)/ AREAS | DATES OF EMPLOYMENT | NAME OF EMPLOYER | JOB TITLE | JOB ACTIVITY | HOURS WORKED | SHIFT WORKED | PERCENT OF TOTAL HOURS WORKD |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ | 31a | *500 Broadway | 2 | 10/1/01-6/1/02 | ABC CORP. | CLEANER | **DEMOLITION/DEBRIS REMOVAL** | 20 | 8AM-5PM | 50 |
| ☒ | 31b | 1600 Broadway | 2 | 11/1/01-11/15/01 | ABC CORP. | CLEANER | X | 10 | X | 25 |
| ☒ | 31c | 1600 Broadway | **basement** | 12/15/01-12/16/01 | XYZ Corp. | CLEANER | X | 10 | X | 25 |

Total Hours Worked: <u>40</u>

| | | ADDRESS/ LOCATION | FLOOR (S)/ AREAS | DATES OF EMPLOYMENT | NAME OF EMPLOYER | JOB TITLE | JOB ACTIVITY | HOURS WORKED | SHIFT WORKED | PERCENT OF TOTAL HOURS WORKED |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ | 31a. | 125 Broad Street | X | To Be Determined | Tishman Construction Corp. | Foreman | Fire Watch | To Be Determined | X | To Be Determined |
| ☒ | 31b. | 140 West Street | X | 9/22/2001 – 2/9/2002 | Tishman Construction Corp. | Foreman | Fire Watch | 74 | X | 5.16% |
| ☒ | 31c. | 225 Vesey Street (2 WFC) | X | 4/5/2002 – 9/14/2002 | Tishman Construction Corp. | Foreman | Fire Watch | 1,360 | X | 94.84% |
| ☐ | 31d. | | | | | | | | | |
| ☐ | 31e. | | | | | | | | | |
| ☐ | 31f. | | | | | | | | | |
| ☐ | 31g. | | | | | | | | | |
| ☐ | 31h. | | | | | | | | | |
| ☐ | 31i. | | | | | | | | | |
| ☐ | 31j. | | | | | | | | | |

| | ADDRESS/ LOCATION | FLOOR (S)/ AREAS | DATES OF EMPLOYMENT | NAME OF EMPLOYER | JOB TITLE | JOB ACTIVITY | HOURS WORKED | SHIFT WORKED | PERCENT OF TOTAL HOURS WORKED |
|---|---|---|---|---|---|---|---|---|---|
| 31k. ☐ | | | | | | | | | |
| 31l. ☐ | | | | | | | | | |
| 31m. ☐ | | | | | | | | | |
| 31n. ☐ | | | | | | | | | |
| 31o. ☐ | | | | | | | | | |
| 31p. ☐ | | | | | | | | | |
| 31q. ☐ | | | | | | | | | |
| 31r. ☐ | | | | | | | | | |
| 31s. ☐ | | | | | | | | | |

☐ Other (Check here, if need for additional space and attach Rider and continue with same format as above)

☒31t. The plaintiff worked at all buildings or locations for the total number of hours as indicated: <u>1434,</u> <u>(confirmation of extra hours pending)</u>

☒ 32. The Injured Plaintiff was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above, unless otherwise specified.

☒ 33. The Injured Plaintiff was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above, unless otherwise specified

☒ 34. The Injured Plaintiff was exposed to and absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above, unless otherwise specified

☒ 35. The Plaintiff, and/or if also applicable to derivative plaintiff, check here ☒ , or his/or representative, has not made a claim to the Victim Compensation Fund.  Therefore, pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C.  40101, the issue of waiver is inapplicable.

☐ 36. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victim Compensation Fund, which claim was not deemed "substantially complete." The plaintiff therefore has not waived the "right to file a civil action (or be party to an action) in any Federal or State court for damages sustained as a result of the terrorist aircraft crashes of September 11,2001, except for civil actions to recover collateral source obligations." 49 U.S.C. 40101 at § 405 (c)(3)(B).

☐ 37. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victim Compensation Fund, which claim was deemed "substantially complete" by the Fund. The plaintiff has therefore waived the "right to file a civil action (or be party to an action) in any Federal or State court for damages sustained as a result of

the terrorist aircraft crashes of September 11, 2001, except for civil actions to recover collateral source obligations." 49U.S.C. 40101 at Section 405 (c) (3) (B)

☐ 38.  The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victim Compensation Fund that was granted by the Fund. The plaintiff has therefore waived the "right to file a civil action (or be party to an action) in any Federal or State Court for damages sustained as a result of the terrorist aircraft crashes of September 11, 2002 except for civil actions to recover collateral source obligations." 49 U.S. C. 40101 at Sec. 405 (c)(3) (B)

☐ 39.  The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victims Compensation Fund that was deemed ineligible prior to a determination of being substantially complete.

☐ 40.  The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victims Compensation Fund that was deemed ineligible subsequent to a determination of being substantially complete.

☒ 41.  The allegations in the body of the Master Complaint, are asserted as against each defendant as checked off below. If plaintiff asserts additional allegations, buildings, locations and/or defendants plaintiffs should follow the procedure as outlined in the CMO # 4 governing the filing of the Master Complaint and Check-off Complaints.

☒ 42.  The specific Defendants alleged relationship to the property, as indicated below or as otherwise the evidence may disclose, or their role with relationship to the work threat, gives rise to liability under the causes of actions alleged, as referenced in the Master Complaint.

*Instruction: The Defendant(s) names in the Master Complaint are re-stated below. The Defendant's are listed by reference to the building and/or location at which this specific plaintiff alleges to have worked. Each sub- paragraph shall be deemed to allege: "With reference to*

*(address), the defendant (entity) was a and/or the (relationship) of and/or at the subject property and/or in such relationship as the evidence may disclose," (i.e. With reference to 4 Albany Street, defendant Bankers Trust Company, was the owner of the subject property and/or in such relationship as the evidence may disclose).*

☒ 43. With reference to (*address as checked below*), the defendant (*entity as checked below*) was a and/or the (*relationship as indicated below*) of and/or at the subject property and/or in such relationship as the evidence may disclose.

   ☐ (43-1) 4 ALBANY STREET
      ☐A.  BANKERS TRUST COMPANY (*OWNER*)
      ☐B.  BANKERS TRUST NEW YORK CORPORATION (*OWNER*)
      ☐C.  BANKERS TRUST CORP.(*OWNER* )
      ☐D.  DEUTSCHE BANK TRUST COMPANY AMERICAS (*OWNER*)
      ☐E.  DEUTSCHE BANK TRUST CORPORATION (*OWNER*)
      ☐F.  JONES LANG LASALLE AMERICAS, INC. (*OWNER*)
      ☐G.  JONES LANG LASALLE SERVICES, INC. (*OWNER*)
      ☐H.  AMBIENT GROUP, INC. *(CONTRACTOR)*
      ☐~~I.  RJ LEE GROUP, INC. (*OWNER*)~~ **Removed (March 28ᵗʰ, 2008)**
      ☐J.  TISHMAN INTERIORS CORPORATION (*CONTRACTOR)*

   ☐ (43-2) 99 BARCLAY STREET
      ☐A.  THE BANK OF NEW YORK COMPANY, INC. (*OWNER*)
      ☐B.  ONE WALL STREET HOLDINGS, LLC. (*OWNER*)

   ☐ (43-3)101 BARCLAY STREET (BANK OF NEW YORK)
      ☐A.  THE BANK OF NEW YORK COMPANY, INC. (*OWNER*)
      ☐B.  ONE WALL STREET HOLDINGS, LLC. (*OWNER*)

   ☐ (43-4)125 BARCLAY STREET

☐ A.  ELAINE ESPEUT, AS TRUSTEE UNDER A DECLARATION OF TRUST (*OWNER*)

☐ B.  FRANK MORELLI, AS TRUSTEE UNDER A DECLARATION OF TRUST (*OWNER*)

☐ C.  37 BENEFITS FUND TRUST (*OWNER*)

☐ (43-5) 20 BROAD STREET
    ☐ A.  20 BROAD ST. CO. *(OWNER)*
    ☐ B.  VORNADO OFFICE MANAGEMENT, LLC *(AGENT)*

☐ (43-6) 30 BROAD STREET (CONTINENTAL BANK BUILDING)
    ☐ A.  30 BROAD STREET ASSOCIATES, LLC (*OWNER*)
    ☐ B.  MURRAY HILL PROPERTIES (*AGENT*)

☐ (43-7) 40 BROAD STREET
    ☐ A.  ~~40 BROAD, LLC (OWNER)~~ **Removed (March 28th, 2008)**
    ☐ B.  CB RICHARD ELLIS *(AGENT)*

☐ (43-8) 60 BROAD STREET
    ☐ A.  ~~WELLS 60 BROAD STREET, LLC (OWNER)~~ **Removed (March 28th, 2008)**
    ☐ B.  COGSWELL REALTY GROUP & WELLS REAL ESTATE FUNDS *(AGENT)*

☐ (43-9) 75 BROAD STREET
    ☐ A.  75 BROAD LLC *(OWNER)*
    ☐ B.  JEMB REALTY CORP. *(AGENT)*

☐ (43-10) 85 BROAD STREET
    ☐ A.  ASSAY PARTNERS *(AGENT)*

☐ (43-11) 104 BROAD STREET (NEW YORK TELEPHONE COMPANY BUILDING)
    ☐ A.  CITY OF NEW YORK *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☒ (43-11-a) 125 BROAD STREET

    ☒A.   MCI COMMUNICATIONS CORPORATION (*OWNER*)

    ☒B.   MCI COMMUNICATIONS SERVICES, INC. (*OWNER*)

    ☒C.   MCI, INC. (*OWNER*)

    ☒D.   VERIZON COOMUNICATIONS, INC (OWNER)

    ☒E.   VERIZON NEW YORK, INC. (OWNER)

    ☒F.   VERIZON PROPERTIES, INC. (*OWNER*)

    ☒G.   SL GREEN REALTY CORPORATION (*OWNER*)

    ☒H.   THE WITKOFF GROUP LLC (*OWNER*)

**ADDITIONAL PARAGRAPH (MARCH 28th  , 2008)**

☐ (43-11-b) 140 BROAD STREET

    ☐A.   TRZ HOLDINGS, LLC *(OWNER)*

    ☐B.   MORGAN STANLEY  MGMT CAPITAL, INC. (*OWNER*)

☐ (43-12) 1 BROADWAY

    ☐A.   KENYON & KENYON (*OWNER*)

    ☐B.   LOGANY LLC (*OWNER*)

    ☐C.   ~~ONE BROADWAY, LLC (*OWNER*)~~ **Removed (March 28th, 2008)**

☐ (43-13) 2 BROADWAY

    ☐A.   2 BROADWAY, LLC *(OWNER)*

    ☐B.   COLLIERS ABR, INC. *(AGENT)*

☐ (43-14) 25 BROADWAY

    ☐A.   25 BROADWAY OFFICE PROPERTIES, LLC *(OWNER)*

    ☐B.   ACTA REALTY CORP. *(AGENT)*

☐ (43-15) 30 BROADWAY

    ☐A.   CONSTITUTION REALTY LLC (*OWNER*)

☐ (43-16) 45 BROADWAY

    ☐A.   ~~B.C.R.E. *(AGENT)*~~ **Removed (March 28th, 2008)**

    ☐B.   45 BROADWAY, LLC (*OWNER*)

    ☐C.   CAMMEBY'S INTERNATIONAL, LTD. (*OWNER*)

    ☐D.   THE BANK OF NEW YORK (*OWNER*)

☐ (43-17) 61 BROADWAY

    ☐A.   CROWN BROADWAY, LLC (*OWNER*)

    ☐B.   CROWN PROPERTIES, INC (*OWNER*)

    ☐C.   CROWN 61 ASSOCIATES, LP (*OWNER*)

    ☐D.   CROWN 61 CORP (*OWNER*)

☐ (43-18) 71 BROADWAY

    ☐A.   ERP OPERATING UNLIMITED PARTNERSHIP *(OWNER)*

    ☐B.   EQUITY RESIDENTIAL *(AGENT)*

☐ (43-19) 90 EAST BROADWAY

    ☐A.   SUN LAU REALTY CORP. (*OWNER*)

☐ (43-20) 111/113 BROADWAY

    ☐A   TRINITY CENTRE LLC (*OWNER*)

    ☐B.   CAPITAL PROPERTIES, INC. (*OWNER*)

☐ (43-21) 115/119 BROADWAY

    ☐A.   TRINITY CENTRE LLC (*OWNER*)

☐ (43-22) 120 BROADWAY (THE EQUITABLE BUILDING)

    ☐A.   BOARD OF MANAGERS OF THE 120 BROADWAY    CONDOMINIUM (CONDO #871) (*OWNER*)

    ☐B.   120 BROADWAY, LLC (*OWNER*)

    ☐C.   120 BROADWAY CONDOMINIUM (CONDO #871) (*OWNER*)

    ☐D.   120 BROADWAY PROPERTIES, LLC (*OWNER*)

    ☐E.   ~~715 REALTY CO. (*OWNER*)~~ **Removed (March 28th, 2008)**

    ☐F.   SILVERSTEIN PROPERTIES, INC. (*OWNER*)

   ☐G.   120 BROADWAY HOLDING, LLC (*OWNER*)

   ☐H.   CITIBANK, NA (*OWNER*)

☐ (43-23) 140 BROADWAY

   ☐A.   MSDW 140 BROADWAY PROPERTY L.L.C. (*OWNER*)

☐ (43-24) 150 BROADWAY

   ☐A.   150 BROADWAY N.Y. ASSOCS. L.P. (*OWNER*)

   ☐B.   150 BROADWAY CORP. (*OWNER*)

   ☐C.   BAILEY N.Y. ASSOCIATES (*OWNER*)

   ☐D.   AT&T WIRELESS SERVICES, INC. (*OWNER*)

   ☐~~E.~~   ~~BROWN HARRIS STEVENS COMMERCIAL SERVICES, LLC~~ *(AGENT)*

       **Removed (March 28th, 2008)**

☐ (43-25) 160 BROADWAY

   ☐ A.  DAROR ASSOCIATES, LLC *(OWNER)*

   ☐ B.  BRAUN MANAGEMENT, INC. *(AGENT)*

☐ (43-26) 170 BROADWAY

   ☐A.   AMG REALTY PARTNERS, LP (*OWNER*)

   ☐B.   JONES LANG LASALLE AMERICAS, INC. *(OWNER)*

   ☐C.   JONES LANG LASALLE SERVICES, INC. *(OWNER)*

   ☐D.   AMBIENT GROUP, INC. *(CONTRACTOR)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-26-a) 176 BROADWAY

   ☐A.   176 BROADWAY BUILDERS CORP. (*OWNER*)

   ☐B.   176 BROADWAY OWNERS CORP. (*OWNER*)

   ☐C.   SL GREEN REALTY CORPORATION (*OWNER*)

   ☐D.   THE WITKOFF GROUP LLC (*OWNER*)

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-27) 214 BROADWAY

   ☐ A.   222 BROADWAY, LLC (*OWNER*)

     **DEFENDANTS ADDED (March 28th, 2008)**

   ☐ B.   CAP, INC. (*OWNERS*)

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-28) 222 BROADWAY

   ☐ A.   222 BROADWAY, LLC (*OWNER*)

   ☐ B.   ~~SWISS BANK CORPORATION (*OWNER*)~~ **Removed (March 28th, 2008)**

   ☐ C.   ~~CUSHMAN & WAKEFIELD, INC. (*OWNER*)~~ **Removed (March 28th, 2008)**

   ☐ D.   CHASE MANHATTAN BANKING CORPORATION (*OWNER*)

     **DEFENDANTS ADDED (March 28th, 2008)**

   ☐ E.   MERRILL LYNCH & CO, INC. (*OWNER*)

   ☐ F.   UBS FINANCIAL SERVICES, INC. f/k/a SWISS BANK COROPRATION (*OWNER*)

☐ (43-29) 225 BROADWAY

   ☐ A.   225 BROADWAY COMPANY LP *(OWNER)*

   ☐ B.   BRAUN MANAGEMENT, INC. *(OWNER)*

☐ (43-30) 230 BROADWAY

   ☐ A.   233 BROADWAY OWNERS, LLC *(OWNER)*

☐ (43-31) 233 BROADWAY

   ☐ A.   233 BROADWAY OWNERS, LLC (*OWNER*)

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-32) 250 BROADWAY

   ☐ A.   1221 AVENUE HOLDINGS, LLC *(OWNER)*

     **DEFENDANTS ADDED (March 28th, 2008)**

   ☐ B.   250 BROADWAY ASSOC. *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-32-a) 350 BROADWAY

- ☐A.   RFG NEW YORK ASSOCIATES, LLC (*OWNER*)
- ☐B.   SL GREEN REALTY CORPORATION (*OWNER*)
- ☐C.   THE WITKOFF GROUP LLC (*OWNER*)

☐ (43-33)   125 CEDAR STREET
- ☐A.   120 LIBERTY ST., LLC *(OWNER)*

☐ (43-34) 130 CEDAR STREET
- ☐A.   AJ GOLDSTEIN & CO. (*OWNER*)
- ☐B.   CAROL GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR TRUST (*OWNER*)
- ☐C.   MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY (*OWNER*)
- ☐D.   NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST (*OWNER*)
- ☐E.   NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST (*OWNER*)
- ☐F.   CAROL GAYNOR TRUST (*OWNER*)
- ☐G.   PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST (*OWNER*)
- ☐H.   ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST (*OWNER*)
- ☐I.   FRED GOLDSTEIN  (*OWNER*)
- ☐J.   MARGARET G. WATERS (*OWNER*)
- ☐K.   MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL   AND TESTAMENT OF LOUIS W. GOLDSTEIN (*OWNER*)
- ☐L.   HERMAN L. BLUM, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN (*OWNER*)
- ☐M.   SYLVIA R. GOLDSTEIN (*OWNER*)
- ☐N.   RUTH G. LEBOW (*OWNER*)
- ☐O.   HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF   TRUST (*OWNER*)

☐ P.   IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION
OF TRUST (*OWNER*)

☐ Q.   HARLAND GAYNOR, AS TRUSTEE UNDER DECLARATION
OF TRUST (*OWNER*)

☐ R.   SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER
DECLARATION OF TRUST (*OWNER*)

☐ S.   BETTY JEAN GRANQUIST (*OWNER*)

☐ T.   CAROL MERRIL GAYNOR (*OWNER*)

☐ U.   ALAN L. MERRIL (*OWNER*)

☐ (43-35) 90 CHAMBERS STREET
☐ A.   90 CHAMBERS REALTY, LLC *(OWNER)*

☐ (43-36) 105 CHAMBERS STREET
☐ A.   DATRAN MEDIA *(OWNER)*

☐ (43-37) 145 CHAMBERS STREET
☐ A.   145 CHAMBERS A CO. (*OWNER*)

☐ (43-38) 199 CHAMBERS STREET (BOROUGH OF MANHATTAN
COMMUNITY COLLEGE (CUNY))
☐ A.   BOROUGH OF MANHATTAN COMMUNITY COLLEGE

☐ (43-39) 345 CHAMBERS STREET (STUYVESANT HIGH SCHOOL)
☐ A.   TRIBECA LANDING L.L.C. (*OWNER*)
☐ B.   BOARD OF EDUCATION OF THE CITY OF NEW YORK
(*OWNER*)
☐ C.   NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY (*OWNER*)
☐ D.   THE CITY OF NEW YORK (*OWNER*)
☐ E.   BATTERY PARK CITY AUTHORITY (*OWNER*)
☐ F.   DEPARTMENT OF BUSINESS SERVICES *(AGENT)*

☐ (43-40) 400 CHAMBERS STREET
- ☐ A.   THE RELATED COMPANIES, LP (*OWNER*)
- ☐ B   RELATED MANAGEMENT CO., LP (*OWNER*)
- ☐ C.   THE RELATED REATLY GROUP, INC (*OWNER*)
- ☐ D.   RELATED BPC ASSOCIATES, INC. (*OWNER*)

☐ (43-41) 55 CHURCH STREET (MILLENIUM HILTON HOTEL)
- ☐ A.   CDL NEW YORK LLC MILLENIUM BROADWAY *(OWNER)*

☐ (43-42) 90 CHURCH STREET (POST OFFICE)
- ☐ A.   90 CHURCH STREET LIMITED PARTNERSHIP (*OWNER*)
- ☐ B.   BOSTON PROPERTIES, INC. (*OWNER*)
- ☐ C.   STUCTURE TONE (UK), INC. *(CONTRACTOR)*
- ☐ D.   STRUCTURE TONE GLOBAL SERVICES, INC. *(CONTRACTOR)*
- ☐ E.   BELFOR USA GROUP, INC. *(CONTRACTOR)*
- ☐ F.   AMBIENT GROUP, INC. *(CONTRACTOR)*

☐ (43-43) 99 CHURCH STREET
- ☐ A. MOODY'S HOLDINGS, INC. (*OWNER*)
- ☐ B. GRUBB & ELLIS MANAGEMENT SERVICES *(AGENT)*

☐ (43-44) 100 CHURCH STREET
- ☐ A.   THE CITY OF NEW YORK (*OWNER*)
- ☐ B.   100 CHURCH LLC (*OWNER*)
- ☐ C.   ZAR REALTY MANAGEMENT CORP. *(AGENT)*
- ☐ D.   MERRILL LYNCH & CO, INC. (*OWNER*)
- ☐ E.   AMBIENT GROUP, INC. *(CONTRACTOR)*
- ☐ F.   INDOOR ENVIRONMENTAL TECHNOLOGY, INC. *(CONTRACTOR/AGENT)*
- ☐ G.   GPS ENVIRONMENTAL CONSULTANTS, INC.

*(CONTRACTOR/AGENT*

- ☐H.   CUNNINGHAM DUCT CLEANING CO., INC. *(CONTRACTOR)*
- ☐I.   TRC ENGINEERS, INC. *(CONTRACTOR/AGENT*
- ☐J.   INDOOR AIR PROFESSIONALS, INC. *(CONTRACTOR/AGENT*
- ☐K.   LAW ENGINEERING P.C. *(CONTRACTOR/AGENT*
- ☐L.   ~~ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC~~
  *~~(OWNER)~~* **Removed (March 28th, 2008)**

☐ (43-45) 110 CHURCH STREET
- ☐A.   110 CHURCH LLC *(OWNER)*
- ☐B.   53 PARK PLACE LLC *(OWNER)*
- ☐C.   ~~ZAR REALTY MANAGEMENT CORP.~~ *~~(AGENT)~~* **Removed (March 28th, 2008)**
- ☐D.   LIONSHEAD DEVELOPMENT LLC *(OWNER/AGENT)*
- ☐E.   LIONSHEAD 110 DEVELOPMENT LLC *(OWNER/AGENT)*

☐ (43-46) 120 CHURCH STREET (BANK OF NEW YORK)
- ☐A.   110 CHURCH LLC *(OWNER)*
- ☐B.   53 PARK PLACE LLC *(OWNER)*
- ☐C.   ~~ZAR REALTY MANAGEMENT CORP.~~ *~~(AGENT)~~* **Removed (March 28th, 2008)**
- ☐D.   LIONSHEAD DEVELOPMENT LLC *(OWNER/AGENT)*
- ☐E.   LIONSHEAD 110 DEVELOPMENT LLC *(OWNER/AGENT)*

☐ (43-47) 22 CORTLANDT STREET (CENTURY 21)
- ☐A.   MAYORE ESTATES LLC *(OWNER)*
- ☐B.   80 LAFAYETTE ASSOCIATES, LLC *(OWNER)*
- ☐C.   MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS
  TENANTS IN COMMON *(OWNER)*
- ☐D.   BLUE MILLENNIUM REALTY LLC *(OWNER)*
- ☐E.   CENTURY 21, INC. *(OWNER)*
- ☐F.   B.R. FRIES & ASSOCIATES, INC. *(AGENTS)*
- ☐G.   STONER AND COMPANY, INC. *(AGENTS)*

- [ ] H.   HILLMAN ENVIRONMENTAL GROUP, LLC.   *(AGENT/CONTRACTOR)*
- [ ] I    GRUBB & ELLIS MANAGEMENT SERVICES *(AGENT)*

- [ ] (43-48) 26 CORTLANDT STREET (CENTURY 21)
  - [ ] A.   BLUE MILLENNIUM REALTY LLC *(OWNER)*
  - [ ] B.   CENTURY 21 DEPARTMENT STORES LLC *(OWNER)*
  - [ ] C.   GRUBB & ELLIS MANAGEMENT SERVICES *(AGENT)*

- [ ] (43-49) 7 DEY STREET (GILLESPI BUILDING)
  - [ ] A.   SAKELE BROTHERS LLC *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**
- [ ] (43-49-a) 94 EAST BROADWAY
  - [ ] A.   SUN LAU REALTY CORP. (*OWNER*)

- [ ] ~~(43-50) 1 FEDERAL PLAZA~~ **Removed (March 28th, 2008)**
  - [ ] ~~A.   US GOVERNMENT *(OWNER)*~~

- [ ] (43-51) 26 FEDERAL PLAZA (JACOB K. JAVITS FEDERAL BUILDING)
  - [ ] A.   TRIO ASBESTOS REMOVAL *(CONTRACTOR)*

- [ ] (43-52) 163 FRONT STREET
  - [ ] A.   AMERICAN INTERNATIONAL REALTY CORP. *(OWNER)*
  - [ ] B.   AMERICAN INTERNATIONAL GROUP *(OWNER)*

- [ ] (43-53) 77 FULTON STREET
  - [ ] A.   SOUTHBRIDGE TOWER, INC. *(OWNER)*

- [ ] (43-54) GATE HOUSE
  - [ ] A.   THE CITY OF NEW YORK *(OWNER)*

- [ ] (43-55) 100 GOLD STREET

☐ A.   CITY WIDE ADMINISTRATIVE SERVICES *(OWNER)*

☐ (43-56) 240 GREENE STREET
    ☐ A.   NEW YORK UNIVERSITY *(OWNER)*
    ☐ B.   DORMITORY AUTHORITY OF THE STATE OF NEW YORK
        *(OWNER)*

☐ (43-57) 70 GREENWICH STREET (PARKING GARAGE)
    ☐ A.   EDISON PARKING MANAGEMENT, L.P. *(OWNER/AGENT)*
    ☐ B.   ALLRIGHT PARKING MANAGEMENT, INC.
        *(OWNER/AGENT)*
    ☐ C.   CENTRAL PARKING SYSTEM OF NEW YORK, INC.
        *(OWNER/AGENT)*

☐ (43-58) 88 GREENWICH STREET
    ☐ A.   BLACK DIAMONDS LLC *(OWNER)*
    ☐ B.   88 GREENWICH LLC *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**
☐ (43-58-a) 104 GREENWICH STREET (REMY LOUNGE)
    ☐ A.   GB DEVELOPMENT GROUP *(OWNER)*

☐ (43-59) 108 GREENWICH STREET
    ☐ A.   JOSEPH MARTUSCELLO *(OWNER)*

☐ (43-60) 114 GREENWICH STREET
    ☐ A.   SENEX GREENWICH REALTY ASSOCIATES, LLC *(OWNER)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**
☐ (43-61) 120 GREENWICH PLACE
    ☐ A.   ~~SENEX GREENWICH REALTY ASSOCIATES *(OWNER)*~~ **Removed (March 28th, 2008)**

**DEFENDANTS ADDED (March 28th, 2008)**

☐ B.   120 GREENEICH DEVELOPMENT ASSOCIATES, LLC (*OWNER*)

☐ C.   BARRINGTON DEVELOPMENT CORP. (*OWNER*)

☐ (43-62) 234 GREENWICH STREET

☐ A.   THE BANK OF NEW YORK *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-62-a) 275 GREENWICH STREET

☐ A.   GREENWICH COURT CONDOMINIUM ASSOCIATION CORP. *(OWNER)*

☐ (43-63) 390 GREENWICH STREET

☐ A.   STATE STREET BK & TRTETC *(OWNER)*

☐ B.   CITIGROUP CORPORATE REALTY SERVICES *(AGENT)*

☐ ~~(43-64) 7 HANOVER SQUARE~~ **Removed (March 28th, 2008)**

☐ A.   ~~MB REAL ESTATE *(AGENT)*~~ **Removed (March 28th, 2008)**

☐ B.   ~~SEVEN HANOVER ASSOCIATES *(OWNER)*~~ **Removed (March 28th, 2008)**

☐ (43-65) 40 HARRISON STREET (INDEPENDENCE PLAZA)

☐ A.   AM & G WATERPROOFING LLC *(CONTRACTOR)*

☐ (43-66) 60 HUDSON STREET

☐ A.   60 HUDSON OWNER, LLC *(OWNER)*

☐ (43-67) 315 HUDSON STREET

☐ A.   315 HUDSON LLC *(OWNER)*

☐ (43-68) 2 JOHN STREET

☐ A.   GOTHAM ESTATE, LLC *(OWNER/AGENT)*

☐ B.   ~~GOTHAM ESTATE, LLC *(AGENT)*~~ **Removed (March 28th, 2008)**

☐ (43-69) 45 JOHN STREET
    ☐A.  BANK OF NEW YORK *(OWNER)*

☐ (43-70) 99 JOHN STREET
    ☐A.  ROCKROSE DEVELOPMENT CORP. *(OWNER)*

☐ (43-71) 100 JOHN STREET
    ☐A.  MAZAL GROUP *(OWNER)*
    ☐B.  NEWMARK KNIGHT FRANK *(AGENT)*

☐ (43-72) ONE LIBERTY PLAZA
    ☐A.  NEW LIBERTY PLAZA LP *(OWNER)*
    ☐B.  WORLD FINANCIAL PROPERTIES, L.P. *(OWNER)*
    ☐C.  WFP ONE LIBERTY PLAZA CO., L.P. *(OWNER)*
    ☐D.  ONE LIBERTY PLAZA *(OWNER)*
    ☐E.  BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*
    ☐F.  WFP ONE LIBERTY PLAZA, CO. GP, CORP. *(OWNER)*
    ☐G.  THE ONE LIBERTY PLAZA CONDOMINIUM
        (CONDO #1178) *(OWNER)*
    ☐H.  THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA
        CONDOMINIUM (CONDO #1178) *(OWNER)*
    ☐I.  BFP ONE LIBERTY PLAZA CO., LLC *(OWNER)*
    ☐J.  NATIONAL ASSOCIATION OF SECURITIES DEALERS,   INC. *(OWNER)*
    ☐K.  NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY *(OWNER)*
    ☐L.  NEW YORK CITY ECONOMIC DEVELOPMENT
        CORPORATION *(OWNER)*
    ☐M.  NEW YORK CITY INDUSTRIAL DEVELOPMENT
        CORPORATION *(OWNER)*
    ☐N.  BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a  BMS CAT
        *(AGENT/CONTRACTOR)*

☐O.   HILLMAN ENVIRONMENTAL GROUP, LLC.
        *(AGENT/CONTRACTOR)*

☐P.  GENERAL RE SERVICES CORP. *(OWNER/AGENT)*


☐ (43-73) 10 LIBERTY STREET
        ☐A.   LIBERTY STREET REALTY *(OWNER)*


☐ (43-74) 30 LIBERTY STREET
        ☐A.   CHASE MANHATTAN BANK *(OWNER)*


☐ (43-75) 33 LIBERTY STREET
        ☐A.   VERIZON NEW YORK, INC. *(OWNER)*


**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**
☐ (43-76) 114 LIBERTY STREET
        ☐A.   WARWICK & CO. *(OWNER)*
            **DEFENDANTS ADDED (March 28th, 2008)**
        ☐B.   114 LIBERTY STREET ASSOC. (OWNER)


☐ (43-77) 130 LIBERTY STREET (DEUTSCHE BANK BUILDING)
        ☐A.   DEUTSCHE BANK TRUST CORPORATION *(OWNER)*
        ☐B.   DEUTSCHE BANK TRUST COMPANY *(OWNER)*
        ☐C.   BANKERS TRUST CORPORATION *(OWNER)*
        ☐D.   DEUTSCHE BANK TRUST COMPANY AMERICAS *(OWNER)*
        ☐E.   THE BANK OF NEW YORK TRUST COMPANY NA *(OWNER)*
        ☐F.   BT PRIVATE CLIENTS CORP. *(OWNER)*
        ☐G.   TISHMAN INTERIORS CORPORATION *(CONTRACTOR)*
        ☐H.   TULLY CONTSRUCTION CO., INC. *(CONTRACTOR)*
        ☐I.   TULLY INDUSTRIES *(CONTRACTOR)*


☐ (43-78) 377 LIBERTY STREET
        ☐A.   LIBERTY HOUSE CONDOMINIUM *(OWNER)*

☐ (43-79) 41 MADISON AVENUE
    ☐ A.   41 MADISON LP/RUDIN MGMT CO. *(OWNER/AGENT)*

☐ (43-80) 59 MAIDEN LANE
    ☐ A.   59 MAIDEN LANE ASSOCIATES, LLC *(OWNER)*

☐ (43-81) 80 MAIDEN LANE
    ☐ A.   BATTERY PARK CITY AUTHORITY *(OWNER)*

☐ (43-82) 90 MAIDEN LANE
    ☐ A.   MAIDEN 80/90 LLC *(OWNER)*
    ☐ B.   AM PROPERTY HOLDING CORP *(OWNER)*

☐ (43-83) 95 MAIDEN LANE
    ☐ A.   CHICAGO 4, L.L.C. *(OWNER)*
    ☐ B.   2 GOLD L.L.C., SUCCESSOR BY MERGER TO CHICAGO 4,   L.L.C. *(OWNER)*

☐ (43-83-1) 125 MAIDEN LANE
    ☐ A.   125 MAIDEN LANE EQUITIES, LLC *(OWNER)*

☐ (43-84) MARRIOTT FINANCIAL CENTER HOTEL
    ☐ A.   HMC CAPITOL RESOURCES CORP. *(AGENT)*
    ☐ B.   HMC FINANCIAL CENTER, INC. *(OWNER)*
    ☐ C.   MARRIOTT HOTEL SERVICES, INC. *(AGENT)*
    ☐ D.   MK WEST STREET COMPANY *(AGENT)*
    ☐ E.   MK WEST STREET COMPANY, L.P. *(AGENT)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**
☐ (43-84-a) 45 MURRAY STREET
    ☐ A.   45 MURRAY STREET CORP. *(OWNER)*

☐ (43-85) 101 MURRAY STREET
    ☐ A.  ST. JOHN'S UNIVERSITY *(OWNER)*

☐ (43-86) 110 MURRAY STREET
    ☐ A.  THE BANK OF NEW YORK COMPANY, INC. *(OWNER)*
    ☐ B.  ONE WALL STREET HOLDINGS, LLC. *(OWNER)*

☐ (43-87) 26 NASSAU STREET (1 CHASE MANHATTAN BANK
    ☐ A.  J.P. MORGAN CHASE CORPORATION *(OWNER)*

☐ (43-88) 81 NASSAU STREET
    ☐ A.  SYMS CORP. *(OWNER)*

☐ (43-89) 4 NEW YORK PLAZA
    ☐ A.  MANUFACTURERS HANOVER TRUST COMPANY
        *(OWNER)*

☐ (43-90) 102 NORTH END AVENUE
    ☐ A.  HARRAH'S OPERATING COMPANY, INC. *(OWNER/AGENT)*
    ☐ B.  HILTON HOTELS CORPORATION *(OWNER)*

☐ (43-91) PACE UNIVERSITY
    ☐ A.  PACE UNIVERSITY *(OWNER)*

☐ (43-92) 75 PARK PLACE
    ☐ A.  RESNICK 75 PARK PLACE, LLC *(OWNER)*
    ☐ B.  JACK RESNICK & SONS, INC. *(AGENT)*

☐ (43-93) 299 PEARL STREET
    ☐ A.  SOUTHBRIDGE TOWERS, INC. *(OWNER)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-94) 375 PEARL STREET
    ☐A.  VERIZON COMMUNICATIONS, INC. *(OWNER)*
    ☐B.  RICHARD WINNER *(AGENT)*
    ☐C.  VERIZON NEW YORK, INC. *(OWNER)*
        **DEFENDANTS ADDED (March 28th, 2008)**
    ☐D.  TACONIC INVESTMENT PARTNERS, LLC (*OWNER*)

☐ (43-95) PICASSO PIZZERIA RESTAURANT
    ☐    CITY OF NEW YORK *(OWNER)*

☐ (43-96) 30 PINE STREET
    ☐A.  JP MORGAN CHASE CORPORATION *(OWNER/AGENT)*
    ☐B.  ~~JP MORGAN CHASE *(AGENT)*~~ **Removed (March 28th, 2008)**

☐ (43-97) 70 PINE STREET
    ☐A.  AMERICAN INTERNATIONAL REALTY CORP. *(OWNER)*
    ☐B.  AMERICAN INTERNATIONAL GROUP, INC. *(OWNER)*
    ☐C.  AIG REALTY, INC. *(OWNER)*

☐ (43-98) 80 PINE STREET
    ☐A.  80 PINE, LLC *(OWNER)*
    ☐B.  RUDIN MANAGEMENT CO., INC. *(AGENT)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**
☐ (43-99) P.S. 234 INDEPENDENCE SCHOOL
    ☐A.  ~~SABINE ZERARKA *(OWNER)*~~ **Removed (March 28th, 2008)**
        **DEFENDANTS ADDED (March 28th, 2008)**
    ☐B.  THE CITY OF NEW YORK (*OWNER*)
    ☐C.  THE CITY OF NEW YORK DEPARTMENT OF EDUCATION (*OWNER*)

☐ (43-100) 30 ROCKEFELLER PLAZA
    ☐A.  TISHMAN SPEYER PROPERTIES *(OWNER)*

☐B.   V CUCINIELLO *(OWNER)*

☐ (43-101) 1-9 RECTOR STREET

☐A.   50 TRINITY, LLC *(OWNER)*

☐B.   BROADWAY WEST STREET ASSOCIATES LIMITED  PARTNERSHIP *(OWNER)*

☐C.   HIGHLAND DEVELOPMENT LLC *(OWNER)*

☐D.   STEEPLECHASE ACQUISITIONS LLC *(OWNER)*

☐E.   BLACK DIAMONDS LLC *(OWNER)*

☐F.   88 GREENWICH LLC *(OWNER)*

☐ (43-102) 19 RECTOR STREET

☐A.   BLACK DIAMONDS LLC *(OWNER)*

☐B.   88 GREENWICH LLC *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-102-a) 33 RECTOR STREET

☐A.   33 RECTOR STREET CONDOMINIUM (OWNER)

☐ (43-103) 40 RECTOR STREET

☐A.   ~~NEW YORK TELEPHONE COMPANY~~ *~~(AGENT)~~* **Removed (March 28th, 2008)**

☐B.   40 RECTOR HOLDINGS, LLC *(OWNER)*

☐ (43-104) 225 RECTOR PLACE

☐A.   LIBERTY VIEW ASSOCIATES, L.P. *(OWNER)*

☐B.   ~~AMG REALTY PARTNERS, LP~~ *~~(OWNER)~~* **Removed (March 28th, 2008)**

☐C.   RELATED MANAGEMENT CO., LP *(AGENT)*

☐D.   THE RELATED REALTY GROUP, INC. *(OWNER)*

☐E.   THE RELATED COMPANIES, LP *(OWNER)*

☐F.   RELATED BPC ASSOCIATES, INC. *(OWNER)*

☐ (43-105) 280 RECTOR PLACE (THE SOUNDING)

☐A.   ~~BROWN HARRIS STEVENS~~ *~~(AGENT)~~* **Removed (March 28th, 2008)**

☐ B.  THE RELATED COMPANIES, LP *(OWNER)*

☐ (43-106) 300 RECTOR PLACE (BATTERY POINTE)
    ☐A.  BATTERY POINTE CONDOMINIUMS *(OWNER)*
    ☐B.  RY MANAGEMENT *(AGENT)*

☐ (43-107) 377 RECTOR PLACE (LIBERTY HOUSE
    ☐A.  MILFORD MANAGEMENT CORP. *(AGENT)*
    ☐B.  MILSTEIN PROPERTIES CORP. *(OWNER)*
    ☐C.  ~~LIBERTY HOUSE CONDOMINIUM *(OWNER)*~~ **Removed (March 28th, 2008)**

☐ (43-108) 380 RECTOR PLACE  (LIBERTY TERRACE)
    ☐A.  MILFORD MANAGEMENT CORP. *(OWNER)*
    ☐B.  LIBERTY TERRACE CONDOMINIUM *(OWNER)*

☐ (43-109) 2 SOUTH END AVENUE (COVE CLUB)
    ☐A.  COOPER SQUAER REALTY, INC. *(OWNER)*

☐ (43-110) 250 SOUTH END AVENUE (HUDSON VIEW EAST)
    ☐A.  BATTERY PARK CITY AUTHORITY *(OWNER)*
    ☐B.  HUDSON VIEW TOWERS ASSOCIATES *(OWNER)*
    ☐C.  HUDSON VIEW EAST CONDOMINIUM *(OWNER)*
    ☐D.  BOARD OF MANAGERS OF THE HUDSON VIEW EAST  CONDOMINIUM *(OWNER)*
    ☐E.  R Y MANAGEMENT CO., INC. *(AGENT)*
    ☐F.  ~~ZECKENDORF REALTY, LP, *(AGENT/OWNER)*~~ **Removed (March 28th, 2008)**
    ☐G.  ~~ZECKENDORF REALTY, LLC, *(AGENT/OWNER)*~~ **Removed (March 28th, 2008)**

☐ (43-111) 315 SOUTH END AVENUE
    ☐A.  THE CITY OF NEW YORK *(OWNER)*

☐ (43-112) 345 SOUTH END AVENUE (100 GATEWAY PLAZA)
    ☐ A.  EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐ B.  LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-113) 355 SOUTH END AVENUE (200 GATEWAY PLAZA)
    ☐ A.  EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐ B.  LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-114) 375 SOUTH END AVENUE (600 GATEWAY PLAZA)
    ☐ A.  EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐ B.  LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-115) 385 SOUTH END AVENUE (500 GATEWAY PLAZA)
    ☐ A.  EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐ B.  LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-116) 395 SOUTH END AVENUE  (400 GATEWAY PLAZA)
    ☐ A.  THE CITY OF NEW YORK *(OWNER)*
    ☐ B.  BATTERY PARK CITY AUTHORITY *(OWNER)*
    ☐ C.  HUDSON TOWERS HOUSING CO., INC. *(OWNER)*
    ☐ D.  EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐ E.  LEFRAK ORGANIZATION, INC. *(OWNER)*

☐ (43-117) 22 THAMES STREET
    ☐ A.  123 WASHINGTON, LLC (C/O THE MOINIAN GROUP)

☐ (43-118) 88 THOMAS STREET
    ☐ A.  50 HUDSON LLC *(OWNER)*

☐ (43-119) TRINITY CHURCH
    ☐ A.  RECTOR OF TRINITY CHURCH *(OWNER)*